IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02896-GPG

ALEXANDER NOEL GARCIA,

    Plaintiff,

v.

RICHARD A. REIGENBORN,
KENNY SHERMAN,
EUROPE, Adams County Deputy,
KRAUSE, Adams County Deputy,
ADAMS COUNTY COLORADO,
CLARK DELOIAN,
ROBERT NANNY,
THOMPSON, Sgt.,
SPILLIS, Sgt.,
CARA CURWEN,
T. MCCOURT, Deputy,

    Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 18 2022

JEFFREY P. COLWELL
              CLERK

*[Handwritten note: has not had funds since August and has 5 other cases that funds are being pulled for, no initial available]*

---

ORDER GRANTING LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

Plaintiff, Alexander Noel Garcia, is currently in the custody of the Adams County Detention Facility in Brighton, Colorado. He has submitted to the court *pro se* a Prisoner Complaint (ECF No. 1) and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 2). The Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 will be granted.

Based on the information about Plaintiff's financial status, the Court finds that Plaintiff may be able to pay an initial partial filing fee of $2.33 pursuant to 28 U.S.C.

§ 1915(b)(1). Plaintiff has consented to disbursement of partial payments of the filing fee from his prison account. (See ECF No. 2 at 3). Plaintiff is required to pay the full amount of the required $350.00 filing fee pursuant to § 1915(b)(1) regardless of the outcome of this action. Accordingly, it is

ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 2) is granted. It is

FURTHER ORDERED that within thirty days of the date of this Order, Plaintiff's custodian shall disburse from Plaintiff's prison account, if funds are available in keeping with 28 U.S.C. § 1915(b), an initial partial filing fee of $2.33 to the Clerk of the United States District Court for the District of Colorado, which represents 20 percent of the greater of the (1) average monthly deposits, or (2) average monthly balance in Plaintiff's prison account for the six-month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(b). It is

FURTHER ORDERED that after payment of the initial partial filing fee, Plaintiff's custodian shall disburse from Plaintiff's prison account monthly payments of 20 percent of the preceding month's income credited to his prison account until Plaintiff has paid the total filing fee of $350.00. See 28 U.S.C. § 1915(b)(2). Interference by Plaintiff in the submission of these funds will result in the dismissal of this action. It is

FURTHER ORDERED that Plaintiff is advised that notwithstanding any filing fee, or any portion thereof, that may have been paid, the Court shall dismiss at any time all or any part of such complaint which (1) is frivolous or malicious; (2) fails to state a claim

on which relief can be granted; or (3) seeks monetary relief from a defendant who is immune from such relief. See 28 U.S.C. § 1915A(b); 28 U.S.C. § 1915(e)(2). It is

FURTHER ORDERED that Plaintiff's custodian shall continue to disburse monthly payments from Plaintiff's prison account until full payment of the filing fee has been paid to the Court, even after disposition of the case and regardless of whether relief is granted or denied. It is

FURTHER ORDERED that the Clerk of the Court shall not issue process until further order of the Court. It is

FURTHER ORDERED that the Clerk of the Court shall send a copy of this Order to the Business Office, Attn: Inmate Accounts, Adams County Detention Facility, Brighton, Colorado. It is

FURTHER ORDERED that the United States Marshals Service shall serve process on any remaining Defendants for whom personal service is required if the case is later drawn to a district judge and/or a magistrate judge under D.C.COLO.LCivR 8.1(c).

DATED November 9, 2022.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge

**US POSTAGE** PITNEY BOWES

$ 000.57⁰

ZIP 80601
02 4W
0000375819 NOV 16 2022

DENVER CO 802
16 NOV 2022 PM 5

Attn: Accounting

**SHERIFF**
ADAMS COUNTY
Sheriff Richard A. Reigenborn
Character · Integrity · Transparency
150 North 19th Ave., Brighton, CO 80601

Office of the Clerk
United States District Court
Alfred A. Arraj Courthouse
901 19th St. Room A105
Denver CO 80294-3589

80294-250099